# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JUSTINE ANGEL JACKSON,<br>         Plaintiff,<br><br>v.<br><br>EMILY REDMAN,<br>MARK CAMPBELL,<br>TIM WEBSTER,<br>WHITNEY KERR,<br>MATT STUBBLEFIELD, and<br>HALEY COOK,<br><br>         Defendants. | Case No. CIV-25-144-RAW-JAR |

## ORDER

    Before the court is the Findings and Recommendation ("F&R") issued by Magistrate Judge Jason A. Robertson, recommending that this action be dismissed with prejudice *sua sponte* under 28 U.S.C. § 1915(e)(2)(B) as frivolous and legally deficient. Magistrate Judge Robertson further recommends that the action be dismissed under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and states that Plaintiffs claims are also barred by judicial immunity, prosecutorial immunity, and *Heck v. Humphrey*, 512 U.S. 477 (1994). [Docket No. 10]. No objection has been filed.[*]

    Pursuant to 28 U.S.C. § 1915(e)(2)(B), "[n]otwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court

---

[*] The Plaintiff has sent a postcard with her change of address and a letter stating that she is "unlawfully" being held in the Bryan County jail. Docket Nos. 11 and 12. In her letter, she requests "3 applications for a court appointed attorney" and mentions another lawsuit that she would like to file. Plaintiff is not entitled to a court appointed attorney in a civil case. To the extent she is also requesting a court appointed attorney in her criminal case in the Bryan County District Court, she will need to file the appropriate motion in that court.

determines that . . . the action . . . fails to state a claim on which relief may be granted." Moreover, as noted by Magistrate Judge Robertson, under § 1915(e)(2)(B), the court is *required* to dismiss meritless claims.

The court has reviewed the Complaint in this case as well as the F&R. The court finds that the F&R is well-supported by the prevailing authority. Magistrate Judge Robertson correctly determined that this action must be dismissed with prejudice. Accordingly, the F&R [Docket No. 10] is hereby affirmed and adopted as this court's Findings and Order. This action is hereby dismissed with prejudice.

**IT IS SO ORDERED** this 3rd day of September, 2025.

*/s/ Ronald A. White*
_____
**THE HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**